

*Law Office Of*

**Bradley PORRAS WOLFF, LLC**
PO Box 191855
Dallas, TX 75219

# INVOICE

## REVISED

Dmitry Chernyshev
Route de Malagnou 40C
1208 Geneva, Switzerland

| Date | DESCRIPTION | HRS | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| Oct-Dec '11 | Retainer to be available on exclusive basis & be free to travel to Europe | | | **$50,000** |
| Oct-Dec '11 | Unreimbursed overhead & operating expenses | | | **$75,000** |
| Oct-Dec '11 | Daily client conference calls & emails, bank trader calls & emails | 78.5 | $1,000 | **$78,500** |
| | O/S balance BEFORE accrued interest, collection costs, etc. | | | **$203,500** |
| Nov'11 – Sep '12 | Accrued interest on o/s balance due plus collection costs & court costs | | | **$58,578** |
| | Total O/S balance due before credits | | | **$262,078** |
| | Credit on retainer deposit | | | $50,000 |
| | OUTSTANDING BALANCE DUE | ----- | | **$212,078** |

**ALL PAYMENTS DUE UPON RECEIPT.**

**All unpaid balances shall accrue interest at 18% APR (or) at the highest rate allowed by local laws, compounded daily, until paid in full. It is understood as per the client contract that all Collection Fees, court costs, and reasonable attorney fees is the obligation of debtor.**